1 | MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
2 |   JNadolenco@mayerbrown.com
BRONWYN F. POLLOCK (SBN 210912)
3 |   BPollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
4 | Los Angeles, CA  90071-1503
Telephone:    (213) 229-9500
5 | Facsimile:    (213) 625-0248

6 | Attorneys for Defendant
COURTYARD HOLDINGS, LP

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | OUTERBRIDGE ACCESS        CASE NO. 07 CV 2129 BTM (AJB)
ASSOCIATION, SUING ON BEHALF
12 | OF DIANE CROSS; and DIANE CROSS,    **JOINT MOTION FOR EXTENSION OF**
An Individual,                               **TIME FOR DEFENDANT COURTYARD**
13 |                         **HOLDINGS, LP TO FILE A RESPONSIVE**
            Plaintiffs,            **PLEADING TO PLAINTIFFS'**
14 |                         **COMPLAINT**
v.
15 |                         **[CivLR 7.2, 12.1]**
MARIE CALLENDER'S PIE SHOPS,
16 | INC. d.b.a. MARIE CALLENDER'S #254;   **Honorable Barry T. Moskowitz**
PACIFIC BAGELS, LLC d.b.a.
17 | BRUEGGARS BAGELS; COURTYARD
HOLDINGS, LP; PSS PARTNERS, LLC;
18 | AND DOES 1 THROUGH 10, Inclusive,

19 |          Defendants.

20

21

22

23

24

25

26

27

28

1    Plaintiffs, Outerbridge Access Association, Suing on Behalf of Diane Cross, and Diane

2    Cross (jointly, "Plaintiffs"), and Defendant Courtyard Holdings, LP ("Defendant"), through their

3    counsel of record, jointly move the Court and stipulate as follows:

4    Whereas, Plaintiffs' Complaint initiating this action was filed on November 7, 2007;

5    Whereas, Defendant's registered agent for service of process, Corporation Service

6    Company, received the Complaint on November 7, 2007 and thereafter provided the Complaint

7    to Defendant's separate parent entity, Clarion Partners, LLC, in Washington, DC;

8    Whereas, the portfolio administrator in Washington, DC who received the Complaint on

9    behalf of Clarion Partners, LLC recently experienced health problems and was unable to act in

10   response to the Complaint until a few days ago;

11   Whereas, Plaintiffs and Defendant have not agreed to any previous extensions of time to

12   respond to the Complaint; and

13   Whereas, pursuant to Rules 7.2 and 12.1 of the Local Civil Rules of Practice for the

14   United States District Court for the Southern District of California, Plaintiffs and Defendant have

15   stipulated that Defendant Courtyard Holdings, LP shall have a two-week extension, to and

16   including December 12, 2007, to file its responsive pleading to the Complaint.

17   IT IS HEREBY STIPULATED that Defendant Courtyard Holdings, LP shall have to and

18   including December 12, 2007 to file its responsive pleading to the Complaint.  Accordingly,

19   Plaintiffs and Defendant hereby move the Court to enter the Order Granting Joint Motion for

20   Extension of Time for Defendant Courtyard Holdings, LP to File a Responsive Pleading to

21   Plaintiffs' Complaint concurrently lodged with the Court.

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT; CASE NO. 07 CV 2129 BTM (AJB)
28737380

1   **IT IS SO STIPULATED.**

2   Dated:      November 28, 2007          PINNOCK & WAKEFIELD, A.P.C.
                                           THEODORE A. PINNOCK
3                                          DAVID C. WAKEFIELD
                                           MICHELLE L. WAKEFIELD
4

5
                                           By: s/ Michelle L. Wakefield
6
                                           Attorneys for Plaintiffs OUTERBRIDGE ACCESS
7                                          ASSOCIATION, SUING ON BEHALF OF DIANE
                                           CROSS, AND DIANE CROSS
8                                          E-mail:
                                           MichelleWakefield@PinnockWakefieldLaw.com
9

10  Dated:      November 28, 2007          MAYER BROWN LLP
                                           JOHN NADOLENCO
11                                         BRONWYN F. POLLOCK

12

13                                         By: s/ Bronwyn F. Pollock
                                               Bronwyn F. Pollock
14                                         Attorneys for Defendant COURTYARD
                                           HOLDINGS, LP
15                                         E-mail:  BPollock@mayerbrown.com

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT; CASE NO. 07 CV 2129 BTM (AJB)

28737380

## PROOF OF SERVICE

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On November 28, 2007, I served a copy of the within document(s):

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

[x] by transmitting via electronic means the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave., Suite 410
San Diego, CA 92103
Tel.: (619) 858-3671
Fax: (619) 858-3646
Email: TheodorePinnock@PinnockWakefieldLaw.com
Email: DavidWakefield@PinnockWakefieldLaw.com
Email: MichelleWakefield@PinnockWakefieldLaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

LADB01 28737498.1 28-NOV-07 15:53

1  motion of the party served, service is presumed invalid if postal cancellation date or postage

2  meter date is more than one day after date of deposit for mailing in affidavit.

3      I declare that I am employed in the office of a member of the bar of this court at whose

4  direction the service was made.

5      I declare under penalty of perjury under the laws of the United States of America that the

6  above is true and correct.

7      Executed on November 28, 2007, at Los Angeles, California.

8

9

10                                              Elena G. Griffin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

LADB01 28737498.1 28-NOV-07 15:53