1 | MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
2 |   JNadolenco@mayerbrown.com
BRONWYN F. POLLOCK (SBN 210912)
3 |   BPollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
4 | Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
5 | Facsimile:      (213) 625-0248

6 | Attorneys for Defendant
COURTYARD HOLDINGS, LP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>          Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>          Defendants. | CASE NO. 07 CV 2129 BTM (AJB)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[RULE 7.1 AND LOCAL RULE 40.2]**<br><br>**Honorable Barry T. Moskowitz** |


TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES TO THIS ACTION:

To enable the Court to evaluate possible disqualification or recusal, the undersigned, counsel of record for Defendant Courtyard Holdings, L.P., hereby represents and certifies that the General Partner of Defendant Courtyard Holdings, L.P. is Courtyard Investors LLC and the Manager of Courtyard Investors LLC is Clarion Partners, LLC.  No publicly held company owns 10% or more of the stock of Defendant Courtyard Holdings, L.P.

Dated:    November 28, 2007            MAYER BROWN LLP
                                       JOHN NADOLENCO
                                       BRONWYN F. POLLOCK


                                       By: s/ Bronwyn F. Pollock
                                              Bronwyn F. Pollock
                                       Attorneys for Defendant COURTYARD
                                       HOLDINGS, LP
                                       E-mail:  BPollock@mayerbrown.com

-1-
NOTICE OF PARTY WITH FINANCIAL INTEREST; CASE NO. 07 CV 2129 BTM (AJB)

28737445

**PROOF OF SERVICE**

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On November 28, 2007, I served a copy of the within document(s):

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

[x] by transmitting via electronic means the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave., Suite 410
San Diego, CA 92103
Tel.: (619) 858-3671
Fax: (619) 858-3646
Email: TheodorePinnock@PinnockWakefieldLaw.com
Email: DavidWakefield@PinnockWakefieldLaw.com
Email: MichelleWakefield@PinnockWakefieldLaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

-2-

1     I declare that I am employed in the office of a member of the bar of this court at whose
2 direction the service was made.
3     I declare under penalty of perjury under the laws of the United States of America that the
4 above is true and correct.
5     Executed on November 28, 2007, at Los Angeles, California.

*Elena G. Griffin*
Elena G. Griffin

-2-

PROOF OF SERVICE