Scott J. Ferrell, Bar No. 202091
Lisa A. Wegner, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 07-CV-2129 BTM (AJB)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>*[Memorandum of Points And Authorities, Request for Judicial Notice and Appendix of Foreign Authorities filed concurrently herewith]*<br><br>Date: January 25, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15<br><br>***Per Chambers, no oral argument unless required by the court.**<br><br>Complaint Filed: November 7, 2007<br>Trial Date: None Set |

/ / /

/ / /

/ / /

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on January 25, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 880 Front Street, Suite 4290, San Diego, California 92101, Courtroom 15, Defendant Marie Callender Pie Shops, Inc. dba Marie Callender's # 254 ("Marie Callender's") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Complaint filed by Plaintiffs Outerbridge Access Association ("Outerbridge") and Diane Cross ("Cross" and, collectively with Outerbridge, "Plaintiffs") in its entirety for lack of subject matter jurisdiction and failure to state a claim. Marie Callender's further requests that the Court decline to exercise supplemental jurisdiction over Plaintiffs' state law claims.

   This Motion is and will be based on the following grounds: (1) Plaintiffs lack standing to seek relief with respect to any alleged barriers not related to Cross' particular disability of non-mobility; (2) Plaintiff Outerbridge lacks organizational standing to bring this lawsuit against Defendants on behalf of itself or its members because it has not suffered any injury-in-fact; and (3) retaining jurisdiction over state law claims in ADA lawsuits is inappropriate because, among other reasons, it undermines California's ability to interpret its own laws.

///
///
///
///
///
///
///
///
///

1    This Motion will be based on this Notice of Motion and Motion, the
2    accompanying Memorandum of Points and Authorities, the Request for Judicial Notice
3    filed concurrently herewith, the pleadings and papers on file herein, and such further
4    arguments and papers as may be presented to the Court before or during the hearing.

6    Dated: November 29, 2007         CALL, JENSEN & FERRELL
                                      A Professional Corporation
7                                     Scott J. Ferrell
                                      Lisa A. Wegner

                                      By:   /s/Lisa A. Wegner
10                                          Attorneys for Defendant Marie Callender's
                                            Pie Shops, Inc. d.b.a. Marie Callender's #254