Scott J. Ferrell, Bar No. 202091
Lisa A. Wegner, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 07-CV-2129 BTM (AJB)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS (1) MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT AND (2) FOR ORDER DECLINING SUPPLEMENTAL JURISDICTION**<br><br>*[Notice of Motion, Memorandum of Points and Authorities and Appendix of Foreign Authorities filed concurrently herewith]*<br><br>Date: January 25, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15<br><br>***Per Chambers, no oral argument unless required by the court.**<br><br>Complaint Filed: November 7, 2007<br>Trial Date: None Set |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

TRC01-08:328800_1:11-29-07                    - 1 -                    07-CV-2129 BTM (AJB)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS (1) MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT AND (2) FOR ORDER DECLINING SUPPLEMENTAL JURISDICTION

1  Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254
2  hereby requests pursuant to Rule 201 of the Federal Rules of Evidence, that the Court
3  take judicial notice of the following:
4      1.    Plaintiffs' Complaint, dated November 7, 2007. A true and correct copy of
5  the foregoing document is attached hereto as Exhibit A.

7  Dated: November 29, 2007

    CALL, JENSEN & FERRELL
    A Professional Corporation
    Scott J. Ferrell
    Lisa A. Wegner

    By:  /s/Lisa A. Wegner
    Attorneys for Defendant Marie Callender's
    Pie Shops, Inc. d.b.a. Marie Callender's #254

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

TRC01-08:328800_1:11-29-07   - 2 -   07-CV-2129 BTM (AJB)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS (1) MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT AND (2) FOR ORDER DECLINING SUPPLEMENTAL JURISDICTION