Scott J. Ferrell, Bar No. 202091
Lisa A. Wegner, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. 07-CV-2129 BTM (AJB)<br><br>**APPENDIX OF FOREIGN AUTHORITIES CITED IN SUPPORT OF DEFENDANTS' (1) MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT AND (2) FOR ORDER DECLINING SUPPLEMENTAL JURISDICTION**<br><br>*[Notice of Motion, Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith]*<br><br>Date: January 25, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15<br><br>***Per Chambers, no oral argument unless required by the court.**<br><br>Complaint Filed: November 7, 2007<br>Trial Date: None Set |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to California Rule of Court 313(h), Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254 attaches a copy of the following foreign authorities cited in support of its Motion to Dismiss Portions of Plaintiffs' Complaint and for Order Declining Supplemental Jurisdiction:

1. Access 123 v. Markey's Lobster Pool, Inc., 2001 WL 920051, *4 (D.N.H. Aug. 14, 2001);

2. Access 4 All, Inc. v. Wintergreen Commercial Partnership, 2005 WL 2989307, *3 (N.D. Tex. Nov. 7, 2005);

3. Cross v. Plaza Park Inv., L.P., 2007 WL 951772 * 6 (S.D. Cal. 2007);

4. DeLil v. El Torito Rest., 1997 WL 714866, at *5 (N.D. Cal. June 24, 1997);

5. Eiden v. Home Depot USA, Inc., 2006 WL 1490418 * 10 (E.D. Cal. 2006);

6. Gunther v. Lin, 50 Cal. Rptr. 317 (2006);

7. Hill v. Park, 2004 WL 180044 *5 (E.D. Pa. 2004);

8. Martinez v. Longs Drug Stores, Inc., 2005 WL 2072013 (E.D. Cal. Aug. 26, 2005);

9. Morgan v. American Stores Co. LLC, 2007 WL 1971945 * 3 (S.D. Cal. 2007);

10. Kohler v. Mira Mesa Marketplace West, LLC, 2007 WL 1614883 * 3 (S.D. Cal. 2007);

11. Sanford v. Del Taco, Inc., 2006 WL 1310318 (E.D. Cal. 2006);

12. Vandeusen v. Adams, 2007 WL 2891502 * 7 (D.S.C. 2007);

13. H.R. Rep. No. 101-485 (III), at 67 (1990) (reprinted in U.S.C.C.A.N. 445, 490;

14. Cal. Civ. Code §52;

15. Cal. Civ. Code §§54.3; and

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

TRC01-08:329808_1:11-29-07    - 2 -    07-CV-2129 BTM (AJB)
APPENDIX OF FOREIGN AUTHORITIES CITED IN SUPPORT OF DEFENDANTS' (1) MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT AND (2) FOR ORDER DECLINING SUPPLEMENTAL JURISDICTION

1      16.    California Practice Guide, Federal Civil Procedure Before Trial, ¶9:77
2  (Rutter Group 2006);

4  Dated: November 29, 2007           CALL, JENSEN & FERRELL
                                                  A Professional Corporation
                                                  Scott J. Ferrell
                                                  Lisa A. Wegner

                                                  By:   /s/Lisa A. Wegner
                                                          Attorneys for Defendant Marie Callender's
                                                          Pie Shops, Inc. d.b.a. Marie Callender's #254

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

TRC01-08:329808_1:11-29-07          - 3 -         07-CV-2129 BTM (AJB)
APPENDIX OF FOREIGN AUTHORITIES CITED IN SUPPORT OF DEFENDANTS' (1) MOTION TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT AND (2) FOR ORDER DECLINING SUPPLEMENTAL JURISDICTION