# Exhibit "16" to Appendix of Foreign Authorities

## Outerbridge Access Association, et al. v.
## Marie Callender's Pie Shops, Inc., et al.

## Southern District Case No. 07-CV-2129 BTM (AJB)



CCPPROCEDURE § 9:77                                                    Page 1

Cal. Civ. Prac. Procedure § 9:77


California Civil Practice Procedure
Database updated October 2007

Justice Eileen C. Moore, Michael Paul Thomas, Esq.

Chapter 9. Defendant's Pleadings
II. Answers
C. Forms
2. Affirmative Defenses
a. Defenses Available in All Actions


Summary


**§ 9:77. Court lacks subject matter jurisdiction [Code Civ. Proc., § 430.10, subd. (a)]**


The court has no jurisdiction of the subject of the cause of action alleged in the *[complaint or cross-complaint]*

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CCPPROCEDURE § 9:77

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**EXHIBIT  16**

http://web2.westlaw.com/print/printstream.aspx?prft=HTMLE&destination=atp&sv=Spli    11/29/2007