# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 07 CV 2129 BTM (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**[CivLR 12.1]**<br><br>**Honorable Barry T. Moskowitz** |

1 | Good cause having been shown in the Joint Motion filed by the Plaintiffs, Outerbridge Access Association, Suing on Behalf of Diane Cross, and Diane Cross (jointly, "Plaintiffs") and Defendant Courtyard Holdings, LP, IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the time in which Defendant Courtyard Holdings, LP must file and serve its responsive pleading to Plaintiffs' Complaint in this action is extended to and including December 12, 2007 under Rule 12.1 of the Local Civil Rules of Practice for the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated: November 30, 2007

Honorable Barry Ted Moskowitz
United States District Court Judge

-1-
ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO COMPLAINT; CASE NO. 07 CV 2129 BTM (AJB)

28737368