cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, ) <br> SUING ON BEHALF OF DIANE CROSS, ) <br> DIANE CROSS, an Individual, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARIE CALLENDER'S PIE SHOPS, INC., ) <br> dba MARIE CALLENDER'S #254, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No.07cv2129 BTM (AJB) <br><br> ORDER SETTING CASE <br> MANAGEMENT CONFERENCE |

The Court finds this case inappropriate for an Early Neutral Evaluation Conference pursuant to Civil Local Rule 16.1. Therefore, a Case Management Conference will be held on *February 4, 2008 at 9:00 a.m.* before Judge Battaglia. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate. Counsel for plaintiff shall notify all parties of this conference who have made an appearance after the date of this Order.

IT IS SO ORDERED.

DATED: December 10, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28