1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2    JNadolenco@mayerbrown.com
   BRONWYN F. POLLOCK (SBN 210912)
3    BPollock@mayerbrown.com
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone:     (213) 229-9500
5  Facsimile:     (213) 625-0248

6  Attorneys for Defendant
   COURTYARD HOLDINGS, LP
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,

                 Plaintiffs,

   v.

   MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,

                 Defendants. | CASE NO. 07 CV 2129 BTM (AJB)

   **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

   **[CivLR 7.2, 12.1]**

   **Honorable Barry T. Moskowitz** |

1    Plaintiffs, Outerbridge Access Association, Suing on Behalf of Diane Cross, and Diane
2    Cross (jointly, "Plaintiffs"), and Defendant Courtyard Holdings, LP ("Defendant"), through their
3    counsel of record, jointly move the Court and stipulate as follows:
4        Whereas, Plaintiffs' Complaint initiating this action was filed on November 7, 2007;
5        Whereas, Defendant's registered agent for service of process, Corporation Service
6    Company, received the Complaint on November 7, 2007 and thereafter provided the Complaint
7    to Defendant's separate parent entity, Clarion Partners, LLC, in Washington, DC;
8        Whereas, the portfolio administrator in Washington, DC who received the Complaint on
9    behalf of Clarion Partners, LLC experienced health problems and was unable to act in response
10   to the Complaint until a few days before the response was due;
11       Whereas, on November 28, 2007, Plaintiffs and Defendant filed a Joint Motion for
12   Extension of Time for Defendant Courtyard Holdings, LP to File a Responsive Pleading to
13   Plaintiffs' Complaint (the "Joint Motion");
14       Whereas, on November 30, 2007, the Court granted the parties' Joint Motion and
15   extended the time for Defendant Courtyard Holdings, LP to respond to the Complaint until
16   December 12, 2007;
17       Whereas, Plaintiffs have provided Defendant with a settlement offer, and Defendant is
18   currently reviewing that offer and needs additional time to file its response to the Complaint;
19       Whereas, pursuant to Rules 7.2 and 12.1 of the Local Civil Rules of Practice for the
20   United States District Court for the Southern District of California, Plaintiffs and Defendant have
21   stipulated that Defendant Courtyard Holdings, LP shall have a further extension, to and including
22   January 11, 2008, to file its responsive pleading to the Complaint.
23       IT IS HEREBY STIPULATED that Defendant Courtyard Holdings, LP shall have to and
24   including January 11, 2008 to file its responsive pleading to the Complaint. Accordingly,
25   Plaintiffs and Defendant hereby move the Court to enter the Order Granting Joint Motion for
26   Extension of Time for Defendant Courtyard Holdings, LP to File a Responsive Pleading to
27   Plaintiffs' Complaint concurrently lodged with the Court.
28

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 12, 2007 | PINNOCK & WAKEFIELD, A.P.C.<br>THEODORE A. PINNOCK<br>DAVID C. WAKEFIELD<br>MICHELLE L. WAKEFIELD<br><br>By: s/ Michelle L. Wakefield<br>　　　Michelle L. Wakefield<br>Attorneys for Plaintiffs OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, AND DIANE CROSS<br>E-mail: MichelleWakefield@PinnockWakefieldLaw.com |
| Dated: December 12, 2007 | MAYER BROWN LLP<br>JOHN NADOLENCO<br>BRONWYN F. POLLOCK<br><br>By: s/ Bronwyn F. Pollock<br>　　　Bronwyn F. Pollock<br>Attorneys for Defendant COURTYARD HOLDINGS, LP<br>E-mail: BPollock@mayerbrown.com |

-2-
JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT; CASE NO. 07 CV 2129 BTM (AJB)

28738576

## PROOF OF SERVICE

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On December 12, 2007, I served a copy of the within document(s):

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

[X] by transmitting via electronic means the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-2-

1        I declare under penalty of perjury under the laws of the United States of America that the
2  above is true and correct.
3        Executed on December 12, 2007, at Los Angeles, California.

                                                                               /s/ Elena G. Griffin

                                                                                    Elena G. Griffin

## SERVICE LIST

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave., Suite 410
San Diego, CA 92103
 Tel.: (619) 858-3671
Fax: (619) 858-3646
Email: TheodorePinnock@PinnockWakefieldLaw.com
Email: DavidWakefield@PinnockWakefieldLaw.com
Email: MichelleWakefield@PinnockWakefieldLaw.com

Scott J. Ferrell, Esq.
Lisa A. Wegner, Esq.
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Richard R. Waite, Esq.
Mary M. Best, Esq.
KEENEY WAITE & STEVENS
A Professional Corporation
125 North Acacia Ave., Suite 101
Solana Beach, CA 92075
Tel.: (858) 523-2130
Fax: (858) 523-2135
rwaite@keenlaw.com
mbest@keenlaw.com