1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 07 CV 2129 BTM (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT COURTYARD HOLDINGS, LP TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**[CivLR 12.1]**<br><br>**Honorable Barry Ted Moskowitz** |

1  Good cause having been shown in the Joint Motion filed by the Plaintiffs, Outerbridge
2  Access Association, Suing on Behalf of Diane Cross, and Diane Cross (jointly, "Plaintiffs") and
3  Defendant Courtyard Holdings, LP, IT IS HEREBY ORDERED that the Joint Motion is
4  GRANTED and the time in which Defendant Courtyard Holdings, LP must file and serve its
5  responsive pleading to Plaintiffs' Complaint in this action is extended to and including January
6  11, 2008 under Rule 12.1 of the Local Civil Rules of Practice for the United States District Court
7  for the Southern District of California.

   IT IS SO ORDERED.

Dated: December 17, 2007

_____
Honorable Barry Ted Moskowitz
United States District Court Judge

-1-
ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A
RESPONSIVE PLEADING TO COMPLAINT; CASE NO. 07 CV 2129 BTM (AJB)

28738575