**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.    Bar #:  153434
David C. Wakefield, Esq.     Bar #:  185736
Michelle L. Wakefield, Esq.  Bar #:  200424
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br><u>NOTICE OF MOTION AND MOTION TO AMEND THE ORIGINAL COMPLAINT</u><br><br>Date: January 25, 2008<br>Time: 11:00 A.M.<br>Judge: Hon. Barry Ted Moskowitz |

///
///
///
///
///

**TO: DEFENDANTS AND THEIR ATTORNIES OF RECORD**

  **PLEASE TAKE NOTICE** that on January 25, 2008, at 11:00 A.M., in the Courtroom of Judge Moskowitz of the above reference Court located at 940 Front Street, San Diego, California, 92101, the Plaintiffs will make a Motion To Amend The Original Complaint and request leave of court to file a First Amended Complaint. This motion will be based on this Notice Of Motion, Plaintiffs Points And Authorities In Support Of Motion To Amend, and the Declaration of Michelle L. Wakefield In Support Of Plaintiffs' Motion To Amend.

Respectfully submitted:

            **PINNOCK & WAKEFIELD, A.P.C.**

Dated: December 28, 2007

        By: s/ Michelle L. Wakefield
           Attorney for Plaintiffs
           E-mail: MichelleWakefield@
           PinnockWakefieldLaw.com