**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.      Bar #: 153434
David C. Wakefield, Esq.       Bar #: 185736
Michelle L. Wakefield, Esq.    Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.: 07cv2129 BTM (AJB) <br><br> **DECLARATION OF MICHELLE L. WAKEFIELD IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE ORIGINAL COMPLAINT** <br><br> Date: January 25, 2008 <br> Time: 11:00 A.M. <br> Judge: Hon. Barry Ted Moskowitz |

-1-

**I, Michelle L. Wakefield, Do Declare:**

1. I am an attorney licensed to practice before all courts in the state of California and before the United States District Court For The Southern District Of California. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon as a witness.

2. Attached as Exhibit A to this declaration, is Plaintiffs' proposed First Amended Complaint.

I declare under the penalty of perjury pursuant to the laws of the State Of California and the United States Of America that the foregoing is true and correct.

Executed this 28th day of December, 2007, at San Diego, California.

> s/ Michelle L. Wakefield
> Attorney for Plaintiffs
> E-mail: MichelleWakefield@
> PinnockWakefieldLaw.com