**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.   Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br>PROOF OF SERVICE VIA ECF<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as <u>**NOTICE OF MOTION AND MOTION TO AMEND THE ORIGINAL COMPLAINT; PLAINTIFFS POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE ORIGINAL COMPLAINT; DECLARATION OF MICHELLE L. WAKEFIELD IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE ORIGINAL COMPLAINT; and [PROPOSED] FIRST AMENDED COMPLAINT**</u> on all Defendants in this action:

**Lisa A. Wegner, Esq.**
**Call Jensen & Ferrell**
610 Newport Center Drive, #700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
E-mail Address: lwegner@calljensen.com
ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254

**Richard R. Waite, Esq.**
**KEENEY WAITE & STEVENS**
125 North Acacia Avenue, Suite 101
Solana Beach, California 92075
Telephone: (858) 523-2130
Facsimile: (858) 523-2135
E-mail Address: rwaite@keenlaw.com
ATTORNEY FOR DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS

**Bronwyn F. Pollock**
**Mayer Brown LLP**
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
E-mail Address: Bpollock@mayerbrown.com
ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP

___X___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System.  I served a copy

1 | of the above listed document(s) to the e-mail addresses of the
2 | addressee(s) by use of email as identified and maintained
3 | therein.

5 | AND/OR BY:
6 | _____ placing   _____ the original   _____ a true copy
7 | thereof enclosed in sealed enveloped addressed as stated above.

9 | _____ **BY MAIL:** I am readily familiar with the firm's
10 | practice of collection and processing correspondence for mailing.
11 | Under that practice, it would be deposited with the U.S. Postal
12 | Service on the same day with postage thereon fully prepaid,
13 | mailed at San Diego, California, in the ordinary course of
14 | business.  I am aware that on motion of the party served, service
15 | is presumed invalid if postal cancellation date or postage meter
16 | date is more than one day after date of deposit for mailing in
17 | affidavit.

19 | _____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646
20 | to the facsimile numbers listed above on the mailing list.  The
21 | facsimile machine I used complied with Rule 6 (e), and no error
22 | was reported by the machine.

24 | _____ **STATE:** I declare under penalty of perjury, under the
25 | laws of the State of California, that the foregoing is true and
26 | correct.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on December 28, 2007, at San Diego, California.

_____
Angela Payne