Scott J. Ferrell, Bar No. 202091
Lisa A. Wegner, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>   Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>   Defendants. | Case No. 07-CV-2129 BTM (AJB)<br><br>**DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC.'S CONDITIONAL NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND**<br><br>Date: January 25, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15<br><br>*Per Chambers, no oral argument unless required by the court.*<br><br>Complaint Filed: November 7, 2007<br>Trial Date: None Set |

Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254 ("Marie Callender's") does not oppose Plaintiffs' Motion to Amend the Original Complaint ("Motion to Amend"). However, the Motion to Amend and Proposed First Amended Complaint fail to address two issues raised in Marie Callender's Motion to

TRC01-08:336542_1:1-7-08                                           - 1 -                                       07-CV-2129 BTM (AJB)
DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC.'S CONDITIONAL NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

Dismiss Portions of Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) ("Motion to Dismiss") scheduled for hearing concurrently with Plaintiffs' Motion to Amend, specifically:

(1) Plaintiffs have not and cannot establish organizational standing on behalf of Outerbridge because the organization itself has not suffered any alleged injury. *Small v. General Nutrition Cos., Inc.*, 388 F. Supp. 2d 83, 98 (E.D.N.Y. 2005).

(2) This Court should decline to exercise supplemental jurisdiction over Plaintiffs' state disability claims as they pose "novel or complex issues of state law" that are best suited for resolution within the state court system. *Gunther v. Lin*, 50 Cal. Rptr. 317 (2006).

Accordingly, if Plaintiffs are unwilling to address these issues in their First Amended Complaint, Marie Callender's will move to dismiss and/or strike portions of the First Amended Complaint to conform with the relief sought in the Motion to Dismiss and as set forth herein.

Dated: January 4, 2008                     CALL, JENSEN & FERRELL
                                           A Professional Corporation
                                           Scott J. Ferrell
                                           Lisa A. Wegner


                                           By:  ___/s/Lisa A. Wegner_____
                                                Attorneys for Defendant Marie Callender's
                                                Pie Shops, Inc. d.b.a. Marie Callender's #254

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

TRC01-08:336542_1:1-7-08          - 2 -          07-CV-2129 BTM (AJB)
DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC.'S CONDITIONAL NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND