Scott J. Ferrell, Bar No. 202091
Lisa A. Wegner, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Attorneys for Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's #254

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No. 07-CV-2129 BTM (AJB)<br><br>**CERTIFICATE OF SERVICE**<br>DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC.'S CONDITIONAL NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND<br><br>Date: January 25, 2008<br>Time: 11:00 a.m.<br>Ctrm: 15<br><br>*\*Per Chambers, no oral argument unless required by the court.*<br><br>Complaint Filed: November 7, 2007<br>Trial Date: None Set |

/ / /

/ / /

/ / /

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On January 7, 2008, I served the foregoing document described as:

**DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC.'S CONDITIONAL NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND**

on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ ]   (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]   (BY FEDEX) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]   (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ]   (BY E-MAIL) I transmitted a copy of the foregoing document)(s) by e-mail to the addressee(s).

1  **[ ]**  (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein.  The electronic transmission was reported as complete and without error.

**[X]**   ELECTRONIC SERVICE – by causing the document to be served on the Filing Users via the Court's ECF Filing System.

**[ X]**  (FEDERAL)  I declare that I am a member of the Bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on January 7, 2008, at Newport Beach, California.

_____/s/ Lisa Wegner_____

# SERVICE LIST

| | |
|---|---|
| Theodore A. Pinnock, Esq.<br>Michelle L. Wakefield, Esq.<br>Angela Payne, Esq.<br>PINNOCK & WAKEFIELD, A.P.C.<br>3033 5th Avenue, Suite 410<br>San Diego, CA 92103<br>Tel:  (619) 858-3671<br>Fax: (619) 858-3646<br>TheodorePinnock@PinnockWakefieldLaw.com<br>MichelleWakefield@PinnockWakefieldLaw.com<br>AngelaPayne@PinnockWakefieldLaw.com | **Attorneys for**<br><br>**Plaintiff, Outerbridge Access Association, Suing on Behalf of Diane Cross and Diane Cross, An Individual** |
| Richard R. Waite, Esq.<br>KEENEY WAITE & STEVENS<br>A Professional Corporation<br>125 North Acacia Avenue, Suite 101<br>Solana Beach, CA  92075<br>Telephone:  (858) 523-2130<br>Facsimile:  (858) 523-2135<br>rwaite@keenlaw.com | **Attorneys for**<br><br>**Defendant Pacific Bagels, LLC dba Brueggers Bagels** |
| Bronwyn F. Pollock, Esq.<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1503<br>Telephone:  (213) 229-9500<br>Facsimile:  (213) 625-0248<br>BPollock@mayerbrown.com | **Attorneys for**<br><br>**Courtyard Holdings, LP** |