**PINNOCK & WAKEFIELD**
A Professional Corporation
Michelle L. Wakefield, Esq.          Bar #: 200424
3033 Fifth Ave. Suite 410
San Diego, Ca 92103
Telephone: 619.858.3671
Facsimile:   619.858.3646

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.:  07CV2129 BTM (AJB)<br><br>**DECLARATION OF MICHELLE L. WAKEFIELD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     January 25, 2008<br>Time:    11:00 AM<br>Judge:   Hon. Barry T. Moskowitz<br>Courtrm: 15<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

///

///

1  I, Michelle L. Wakefield, Do Declare:

2  1.     I have personal knowledge of the facts set forth in this declaration and if called as a witness
3  I could competently testify to the following facts:

4  2.     I am an attorney of record for Pinnock & Wakefield, APC representing plaintiffs in the
5  present matter.  I am licensed to practice law in all courts in the State Of California and for the
6  United States District Court For The Southern District Of California.

7  3.     Attached as Exhibit A, as pages 1 through 5 is a true and correct copy of Judge
8  Moskowitz's decision in Pinnock v Solana Beach Do It Yourself Dog Wash, Case # 06CV1816
9  BTM, Docket Item # 22 issued on July 3, 2007.

10

11     I do declare under the penalty of perjury and the laws of the United States and the State of
12  California that the above is true and correct.

13
    Dated: January 11, 2008                              by  /S/ Michelle L. Wakefield
14
                                                              Michelle L. Wakefield
15

16

17

18

19

20

21

22

23

24

25

26

27

28