# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254, et al.<br><br>Defendants. | CASE NO. 07cv2129 BTM(AJB)<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT AND DENYING MOTION TO DISMISS AS MOOT** |

Defendants Courtyard Holdings, LP and Marie Callender's Pie Shops, Inc. have filed notices of non-opposition to Plaintiff's motion to file a First Amended Complaint.  Defendant Pacific Bagels, LLC did not file an opposition.  Therefore, Plaintiff's motion is **GRANTED**. Plaintiff shall file the First Amended Complaint on or before **January 18, 2008**.  Defendant's motion to dismiss the original Complaint is **DENIED AS MOOT**.   Defendant may reassert any arguments for dismissal that apply to the amended complaint in a new motion to dismiss.

**IT IS SO ORDERED.**

DATED:  January 14, 2008

Honorable Barry Ted Moskowitz
United States District Judge