```
 1  PINNOCK & WAKEFIELD, A.P.C.
    Michelle L. Wakefield, Esq.    Bar #:  200424
 2  David C. Wakefield, Esq.       Bar #:  185736
    3033 Fifth Avenue, Suite 410
 3  San Diego, CA  92103
    Telephone: (619) 858-3671
 4  Facsimile: (619) 858-3646
 5  Attorneys for Plaintiffs
 6
 7                 UNITED STATES DISTRICT COURT
 8                SOUTHERN DISTRICT OF CALIFORNIA
 9
10  OUTERBRIDGE ACCESS ASSOCIATION,   Case No.:  07cv2129 BTM (AJB)
    SUING ON BEHALF OF DIANE CROSS;
11  and DIANE CROSS, An Individual,
                                      PROOF OF SERVICE VIA ECF
12               Plaintiffs,
13       v.
14                                    [Fed.R.Civ.P. 6(e)]
    MARIE CALLENDER'S PIE SHOPS,
15  INC. d.b.a. MARIE CALLENDER'S
    #254; PACIFIC BAGELS, LLC d.b.a.
16  BRUEGGARS BAGELS; COURTYARD
    HOLDINGS, LP; AND DOES 1 THROUGH
17  10, Inclusive,
18
                 Defendants.
19
20
21
22
23  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
24       I am employed in the County of San Diego, State of
25  California.  I am over the age of 18 and not a party to the
26  within action; my business address is 3033 Fifth Avenue, Suite
27  410, San Diego, California, 92103.
28
```

On this date, I served the following document(s) described as **FIRST AMENDED COMPLAINT** on all Defendants in this action:

Lisa A. Wegner, Esq.
Call Jensen & Ferrell
610 Newport Center Drive, #700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
E-mail Address: lwegner@calljensen.com
ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254

Richard R. Waite, Esq.
KEENEY WAITE & STEVENS
125 North Acacia Avenue, Suite 101
Solana Beach, California 92075
Telephone: (858) 523-2130
Facsimile: (858) 523-2135
E-mail Address: rwaite@keenlaw.com
ATTORNEY FOR DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS

Bronwyn F. Pollock
Mayer Brown LLP
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
E-mail Address: Bpollock@mayerbrown.com
ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP

__X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

AND/OR BY:

2   Case Number: 07cv2129 BTM (AJB)

1     \_\_\_\_\_ placing     \_\_\_\_\_ the original     \_\_\_\_\_ a true copy
2 thereof enclosed in sealed enveloped addressed as stated above.

4     \_\_\_\_\_ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    \_\_\_\_\_ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

    __X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on January 15, 2008, at San Diego, California.

_/s/ Angela Payne_
Angela Payne