```
 1  PINNOCK & WAKEFIELD, A.P.C.
    Michelle L. Wakefield, Esq.    Bar #:  200424
 2  David C. Wakefield, Esq.       Bar #:  185736
    3033 Fifth Avenue, Suite 410
 3  San Diego, CA  92103
    Telephone: (619) 858-3671
 4  Facsimile: (619) 858-3646

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br>JOINT MOTION AND MOTION TO DISMISS <u>ONLY</u> DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of

ONLY Defendant PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS from Plaintiffs' Complaint, Case Number: 07cv2129 BTM (AJB). Additionally, dismissal of ONLY Defendant PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS shall not affect the continuing litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: January 23, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                                 By:  s/ Michelle L. Wakefield
                                      Attorney for Plaintiffs
                                      E-mail: MichelleWakefield@
                                      PinnockWakefieldLaw.com

Dated: January 23, 2008          **KEENEY, WAITE, & STEVENS**

                                 By:  s/ Richard R. Waite
                                      Attorney for Defendant PACIFIC
                                      BAGELS, LLC d.b.a. BRUEGGARS
                                      BAGELS
                                      E-mail: rwaite@keenlaw.com