**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq. Bar #: 200424
David C. Wakefield, Esq. Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>**Defendants.** | **Case No.: 07cv2129 BTM (AJB)**<br><br>**PROOF OF SERVICE VIA ECF**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** on all Defendants in this action:

**Lisa A. Wegner, Esq.**
**Call Jensen & Ferrell**
**610 Newport Center Drive, #700**
**Newport Beach, CA 92660**
**Telephone: (949) 717-3000**
**Facsimile: (949) 717-3100**
**E-mail Address: lwegner@calljensen.com**
**ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254**

**Richard R. Waite, Esq.**
**KEENEY WAITE & STEVENS**
**125 North Acacia Avenue, Suite 101**
**Solana Beach, California 92075**
**Telephone: (858) 523-2130**
**Facsimile: (858) 523-2135**
**E-mail Address: rwaite@keenlaw.com**
**ATTORNEY FOR DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS**

**Bronwyn F. Pollock**
**Mayer Brown LLP**
**350 S. Grand Ave., 25th Floor**
**Los Angeles, CA 90071**
**Telephone: (213) 229-9500**
**Facsimile: (213) 625-0248**
**E-mail Address: Bpollock@mayerbrown.com**
**ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP**

__X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the

addressee(s) by use of email as identified and maintained therein.

AND/OR BY:

_____ placing _____ the original _____ a true copy thereof enclosed in sealed enveloped addressed as stated above.

_____ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

_____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on January 23, 2008, at San Diego, California.

Angela Payne