# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br>ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS <u>ONLY</u> DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual Plaintiffs, and Defendant PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS on the other hand, through their respective attorneys of record that ONLY Defendant PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS is dismissed with prejudice

from Plaintiffs' Complaint, Case Number: 07cv2129 BTM (AJB). Additionally, dismissal of ONLY Defendant PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS shall not affect the continuing litigation with the remaining Defendants.

**IT IS SO ORDERED.**

Dated: January 28, 2008

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE