cal  sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, DIANE CROSS, an Individual,<br><br>            Plaintiff,<br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC., dba MARIE CALLENDER'S #254, et al.,<br><br>            Defendants. | Civil No.07cv2129 BTM (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On February 4, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Michelle Wakefield, Esq. on behalf of plaintiff and Lisa Wegner, Esq. on behalf of defendant Marie Callenders. Bronwyn Pollock representing defendant Courtyard failed to appear.

The Court and counsel discussed the case, including the pending motion to deny supplement jurisdiction on the state law claims. It appearing that there is no reason that disclosure and discovery should not proceed, the Court set the following dates and deadlines:

1. The Rule 26(f) conference shall be completed before *February 15, 2008*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *February 29, 2008*;

3. The requirement to lodge a discovery plan is hereby waived*;* and,

4.       Counsel are ordered to appear ***by phone on March 17, 2008 at 9:30 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

At the next conference, the Court will review counsel's compliance with the preceding orders, require Ms. Pollock to explain her non-appearance at the Case Management Conference, consider the parties views with regard to an early mediation of the injunctive law claims and set further dates and deadlines as appropriate.

IT IS SO ORDERED.

DATED: February 4, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court