```
 1  MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
 2    JNadolenco@mayerbrown.com
    BRONWYN F. POLLOCK (SBN 210912)
 3    BPollock@mayerbrown.com
    350 South Grand Avenue, 25th Floor
 4  Los Angeles, CA  90071-1503
    Telephone:  (213) 229-9500
 5  Facsimile:   (213) 625-0248
 6
    Attorneys For Defendant
 7  COURTYARD HOLDINGS, LP
```

 8                 UNITED STATES DISTRICT COURT
 9                 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; COURTYARD HOLDINGS, LP; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 07 CV 2129 BTM (AJB)<br><br>**PROOF OF SERVICE**<br><br>**Honorable Barry T. Moskowitz** |

28771354.1

PROOF OF SERVICE; CASE NO. 07 CV 2129 BTM (AJB)

# PROOF OF SERVICE

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On February 4, 2008, I served a copy of the within document(s):

**ANSWER OF DEFENDANT COURTYARD HOLDINGS, LP TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

- [x] by transmitting via electronic means the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

-2-

1       I declare that I am employed in the office of a member of the bar of this
2   court at whose direction the service was made.
3       I declare under penalty of perjury under the laws of the United States of
4   America that the above is true and correct.
5       Executed on February 4, 2008, at Los Angeles, California.

                                *Elena G. Griffin*
                                Elena G. Griffin

-2-

28737498.1

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave., Suite 410
San Diego, CA 92103
Tel.: (619) 858-3671
Fax: (619) 858-3646
Email: TheodorePinnock@PinnockWakefieldLaw.com
Email: DavidWakefield@PinnockWakefieldLaw.com
Email: MichelleWakefield@PinnockWakefieldLaw.com

Scott J. Ferrell, Esq.
Lisa A. Wegner, Esq.
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Richard R. Waite, Esq.
Mary M. Best, Esq.
KEENEY WAITE & STEVENS
A Professional Corporation
125 North Acacia Ave., Suite 101
Solana Beach, CA 92075
Tel.: (858) 523-2130
Fax: (858) 523-2135
rwaite@keenlaw.com
mbest@keenlaw.com