MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
  JNadolenco@mayerbrown.com
BRONWYN F. POLLOCK (SBN 210912)
  BPollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys For Defendant
COURTYARD HOLDINGS, LP

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; COURTYARD HOLDINGS, LP; AND DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | CASE NO. 07 CV 2129 BTM (AJB)<br><br>**DECLARATION OF BRONWYN F. POLLOCK RE:  ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**<br><br>**Honorable Barry T. Moskowitz** |

# DECLARATION OF BRONWYN F. POLLOCK

I, Bronwyn F. Pollock, declare as follows:

1.  I am a member of the State Bar of California and an associate of the law firm of Mayer Brown LLP. I am one of the attorneys responsible for representing Defendant Courtyard Holdings, LP ("Courtyard") in this matter.

2.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to each fact. I submit this declaration in response to the February 4, 2008 Order Following Case Management Conference.

3.  Since I have submitted the electronic filings in this case on behalf of Courtyard, I received the December 11, 2007 electronic notification from the Court containing the Order Setting Case Management Conference and, consistent with my and our Firm's normal practice, requested that the notification be sent to our Firm's docket clerk for calendaring in the Firm's central docketing system. However, it never reached the docket clerk. As a result of this mistake, I did not have the Case Management Conference in this action scheduled in my personal calendar. And it did not appear in the calendar of the other attorney representing Courtyard in this case.

4.  In the future, I will calendar my own dates and will not rely solely on the Firm's docket calendar. I apologize to the Court and the parties for any inconvenience this may have caused.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2008 in Los Angeles, California.

_____
Bronwyn F. Pollock

# PROOF OF SERVICE

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On February 7, 2008, I served a copy of the within document(s):

**DECLARATION OF BRONWYN F. POLLOCK RE: ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

[x] by transmitting via electronic means the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

28737498.1

PROOF OF SERVICE

1  I declare that I am employed in the office of a member of the bar of this
2  court at whose direction the service was made.
3  I declare under penalty of perjury under the laws of the United States of
4  America that the above is true and correct.
5  Executed on February 7, 2008, at Los Angeles, California.

                                          */s/ Elena G. Griffin*
                                          Elena G. Griffin

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Theodore A. Pinnock, Esq.<br>David C. Wakefield, Esq.<br>Michelle L. Wakefield, Esq. |
| 4 | PINNOCK & WAKEFIELD, A.P.C.<br>3033 5th Ave., Suite 410 |
| 5 | San Diego, CA 92103<br> Tel.: (619) 858-3671 |
| 6 | Fax: (619) 858-3646<br>Email: |
| 7 | TheodorePinnock@PinnockWakefieldLaw.com<br>Email: |
| 8 | DavidWakefield@PinnockWakefieldLaw.com<br>Email: |
| 9 | MichelleWakefield@PinnockWakefieldLaw.com |
| 10 | Scott J. Ferrell, Esq.<br>Lisa A. Wegner, Esq. |
| 11 | CALL, JENSEN & FERRELL<br>A Professional Corporation |
| 12 | 610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660 |
| 13 | Tel.: (949) 717-3000<br>Fax: (949) 717-3100 |
| 14 | sferrell@calljensen.com<br>lwegner@calljensen.com |
| 15 | |
| 16 | Richard R. Waite, Esq.<br>Mary M. Best, Esq. |
| 17 | KEENEY WAITE & STEVENS<br>A Professional Corporation |
| 18 | 125 North Acacia Ave., Suite 101<br>Solana Beach, CA 92075 |
| 19 | Tel.: (858) 523-2130<br>Fax: (858) 523-2135 |
| 20 | rwaite@keenlaw.com<br>mbest@keenlaw.com |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

28737498.1

PROOF OF SERVICE