**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

Lisa A. Wegner, Esq.
CALL JENSEN & FERRELL
610 Newport Center Drive, #700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
E-mail Address: lwegner@calljensen.com
ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br>NOTICE OF SETTLEMENT |

///

///

1   Case Number: 07cv2129 BTM (AJB)

**THE PLAINTIFFS AND DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 in this matter. Counsel for Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254.

The parties anticipate a Joint Motion to Dismiss only Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 shall be filed on or before March 7, 2008, on the condition that Plaintiffs and Defendants execute the Release and Settlement Agreements.

Respectfully submitted,

Dated: February 20, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                                  By:  s/ Michelle L. Wakefield
                                       Attorney for Plaintiffs
                                       E-mail: MichelleWakefield@
                                       PinnockWakefieldLaw.com


Dated: February 20, 2008          **CALL JENSEN & FERRELL**

                                  By:  s/ Lisa A. Wegner
                                       Attorney for Defendant MARIE
                                       CALLENDER'S PIE SHOPS, INC.
                                       d.b.a. MARIE CALLENDER'S #254
                                       E-mail: lwegner@calljensen.com

1  **PINNOCK & WAKEFIELD, A.P.C.**
   Michelle L. Wakefield, Esq.   Bar #:  200424
2  David C. Wakefield, Esq.      Bar #:  185736
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

10 | OUTERBRIDGE ACCESS ASSOCIATION,  | Case No.:  07cv2129 BTM (AJB)
   | SUING ON BEHALF OF DIANE CROSS;  |
11 | and DIANE CROSS, An Individual,  |
                                      | PROOF OF SERVICE VIA ECF
12              Plaintiffs,

13      v.

14                                      [Fed.R.Civ.P. 6(e)]
   MARIE CALLENDER'S PIE SHOPS,
15 INC. d.b.a. MARIE CALLENDER'S
   #254; PACIFIC BAGELS, LLC d.b.a.
16 BRUEGGARS BAGELS; COURTYARD
   HOLDINGS, LP; PSS PARTNERS, LLC;
17 AND DOES 1 THROUGH 10,
   Inclusive,
18

19              Defendants.

20

21

22

23 **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

24      I am employed in the County of San Diego, State of

25 California.  I am over the age of 18 and not a party to the

26 within action; my business address is 3033 Fifth Avenue, Suite

27 410, San Diego, California, 92103.

28

                            1        Case Number: 07cv2129 BTM (AJB)

1 | On this date, I served the following document(s) described
2 | as **NOTICE OF SETTLEMENT** on all Defendants in this action:
3 | Lisa A. Wegner, Esq.
  | Call Jensen & Ferrell
4 | 610 Newport Center Drive, #700
  | Newport Beach, CA 92660
5 | Telephone: (949) 717-3000
6 | Facsimile: (949) 717-3100
  | E-mail Address: lwegner@calljensen.com
7 | ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a.
  | MARIE CALLENDER'S #254
8 |
9 |
  | Bronwyn F. Pollock
10| Mayer Brown LLP
  | 350 S. Grand Ave., 25th Floor
11| Los Angeles, CA 90071
  | Telephone: (213) 229-9500
12| Facsimile: (213) 625-0248
13| E-mail Address: Bpollock@mayerbrown.com
  | ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP
14|
15|
16|    __X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United
17| States District Court, Southern Division of California, Case
18| Management/Electronic Case Files, Filing System.  I served a copy
19| of the above listed document(s) to the e-mail addresses of the
20| addressee(s) by use of email as identified and maintained
21| therein.
22|
23| AND/OR BY:
24|    _____ placing   _____ the original   _____ a true copy
25| thereof enclosed in sealed enveloped addressed as stated above.
26|
27|    _____ **BY MAIL:** I am readily familiar with the firm's
28| practice of collection and processing correspondence for mailing.

                                    2      Case Number: 07cv2129 BTM (AJB)

1  Under that practice, it would be deposited with the U.S. Postal
2  Service on the same day with postage thereon fully prepaid,
3  mailed at San Diego, California, in the ordinary course of
4  business. I am aware that on motion of the party served, service
5  is presumed invalid if postal cancellation date or postage meter
6  date is more than one day after date of deposit for mailing in
7  affidavit.

\_\_\_\_\_ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on February 20, 2008, at San Diego, California.

_____
Angela Payne