1 | **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #:  200424
2 | David C. Wakefield, Esq.     Bar #:  185736
3033 Fifth Avenue, Suite 410
3 | San Diego, CA  92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646

5 | Attorneys for Plaintiffs

6 | John Nadolenco, Esq. (SBN 181128)
Bronwyn F. Pollock, Esq. (SBN 210912)
7 | Mayer Brown LLP
350 S. Grand Ave., 25th Floor
8 | Los Angeles, CA 90071
Telephone: (213) 229-9500
9 | Facsimile: (213) 625-0248
E-mail Address: Bpollock@mayerbrown.com
10 |

11 | ATTORNEYS FOR DEFENDANT COURTYARD HOLDINGS, LP

12 |

13 | UNITED STATES DISTRICT COURT

14 | SOUTHERN DISTRICT OF CALIFORNIA

15 |

16 | OUTERBRIDGE ACCESS ASSOCIATION,      Case No.: 07cv2129 BTM (AJB)
SUING ON BEHALF OF DIANE CROSS;
17 | and DIANE CROSS, An Individual,
                                       NOTICE OF SETTLEMENT
18 | Plaintiffs,

19 | v.

20 |
MARIE CALLENDER'S PIE SHOPS, INC.
21 | d.b.a. MARIE CALLENDER'S #254;
PACIFIC BAGELS, LLC d.b.a.
22 | BRUEGGARS BAGELS; COURTYARD
HOLDINGS, LP; AND DOES 1 THROUGH
23 | 10, Inclusive,

24 |
                Defendants.
25 |

26 |

27 | ///

28 | ///

1    Case Number: 07cv2129 BTM (AJB)

**THE PLAINTIFFS AND DEFENDANT COURTYARD HOLDINGS, LP HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant COURTYARD HOLDINGS, LP in this matter. Counsel for Defendant COURTYARD HOLDINGS, LP and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant COURTYARD HOLDINGS, LP.

The parties anticipate a Joint Motion to Dismiss only Defendant COURTYARD HOLDINGS, LP shall be filed on or before March 7, 2008, on the condition that Plaintiffs and Defendant execute a Release and Settlement Agreement mutually agreeable to Plaintiffs and Defendant.


Respectfully submitted,


Dated: February 20, 2008          **PINNOCK & WAKEFIELD, A.P.C.**


                                  By:   s/ Michelle L. Wakefield
                                        Attorney for Plaintiffs
                                        E-mail: MichelleWakefield@
                                        PinnockWakefieldLaw.com


Dated: February 20, 2008          **MAYER BROWN LLP**


                                  By:   s/_Bronwyn F. Pollock
                                        Bronwyn F. Pollock
                                        Attorneys for Defendant
                                        COURTYARD HOLDINGS, LP
                                        E-mail:
                                        Bpollock@mayerbrown.com

**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #:  200424
David C. Wakefield, Esq.      Bar #:  185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.:  07cv2129 BTM (AJB) <br><br> PROOF OF SERVICE VIA ECF <br><br> [Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described

as **NOTICE OF SETTLEMENT** on all Defendants in this action:

**Lisa A. Wegner, Esq.**
**Call Jensen & Ferrell**
**610 Newport Center Drive, #700**
**Newport Beach, CA 92660**
**Telephone: (949) 717-3000**
**Facsimile: (949) 717-3100**
**E-mail Address: lwegner@calljensen.com**
**ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a.**
**MARIE CALLENDER'S #254**


**Bronwyn F. Pollock**
**Mayer Brown LLP**
**350 S. Grand Ave., 25th Floor**
**Los Angeles, CA 90071**
**Telephone: (213) 229-9500**
**Facsimile: (213) 625-0248**
**E-mail Address: Bpollock@mayerbrown.com**
**ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP**


_____X_____ **BY ELECTRONIC SERVICE TRANSMISSION** via the United

States District Court, Southern Division of California, Case

Management/Electronic Case Files, Filing System.  I served a copy

of the above listed document(s) to the e-mail addresses of the

addressee(s) by use of email as identified and maintained

therein.


AND/OR BY:

_____ placing _____ the original _____ a true copy

thereof enclosed in sealed enveloped addressed as stated above.


_____ **BY MAIL:** I am readily familiar with the firm's

practice of collection and processing correspondence for mailing.

1    Under that practice, it would be deposited with the U.S. Postal

2    Service on the same day with postage thereon fully prepaid,

3    mailed at San Diego, California, in the ordinary course of

4    business.  I am aware that on motion of the party served, service

5    is presumed invalid if postal cancellation date or postage meter

6    date is more than one day after date of deposit for mailing in

7    affidavit.

8

9    _____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646

10   to the facsimile numbers listed above on the mailing list.  The

11   facsimile machine I used complied with Rule 6 (e), and no error

12   was reported by the machine.

13

14   ___X___ **FEDERAL:** I declare that I am employed in the office

15   of a member of the Bar of this Court, at whose direction this

16   service was made.

17

18       **EXECUTED** on February 21, 2008, at San Diego, California.

19

20

21                                   _____

22                                   Angela Payne

23

24

25

26

27

28

                              3       Case Number: 07cv2129 BTM (AJB)