cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, DIANE CROSS, an Individual,<br><br>  Plaintiff,<br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC., dba MARIE CALLENDER'S #254, et al.,<br><br>  Defendants. | Civil No.07cv2129 BTM (AJB)<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING SETTLEMENT DISPOSITION CONFERENCE |

Due to the Notices of Settlement filed by counsel in the above entitled action, the March 17, 2008, Case Management Conference is hereby vacated. Accordingly, a telephonic Settlement Disposition Conference will be held on *March 28, 2008*, at *9:00 a.m.* unless a joint motion for dismissal is lodged with Judge Moskowitz's chambers prior to the conference and Judge Battaglia's chambers is so notified. Counsel for plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED: February 22, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, DIANE CROSS, an Individual,<br><br>            Plaintiff,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC., dba MARIE CALLENDER'S #254, et al.,<br><br>            Defendants. | Civil No.07cv2129 BTM (AJB)<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING SETTLEMENT DISPOSITION CONFERENCE |

Due to the Notices of Settlement filed by counsel in the above entitled action, the March 17, 2008, Case Management Conference is hereby vacated. Accordingly, a telephonic Settlement Disposition Conference will be held on *March 28, 2008*, at *9:00 a.m.* unless a joint motion for dismissal is lodged with Judge Moskowitz's chambers prior to the conference and Judge Battaglia's chambers is so notified. Counsel for plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED: February 22, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court