**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive, <br><br> Defendants. | Case No.: 07cv2129 BTM (AJB) <br><br> JOINT MOTION AND MOTION TO DISMISS <u>ONLY</u> DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT. <br><br> [Fed.R.Civ.P. Rule 41(a)(2)] |

**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a

1  dismissal with prejudice of ONLY Defendant MARIE CALLENDER'S PIE
2  SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 from Plaintiffs'
3  Complaint, Case Number: 07cv2129 BTM (AJB). Additionally,
4  dismissal of ONLY Defendant MARIE CALLENDER'S PIE SHOPS, INC.
5  d.b.a. MARIE CALLENDER'S #254 shall not affect the continuing
6  litigation with the remaining Defendants.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: March 11, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                               By:  s/ Michelle L. Wakefield
                                    Attorney for Plaintiffs
                                    E-mail: MichelleWakefield@
                                    PinnockWakefieldLaw.com

Dated: March 11, 2008          **CALL JENSEN & FERRELL**

                               By:  s/_Lisa A. Wegner
                                    Attorney for Defendant MARIE
                                    CALLENDER'S PIE SHOPS, INC.
                                    d.b.a. MARIE CALLENDER'S #254
                                    E-mail: lwegner@calljensen.com

| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Michelle L. Wakefield, Esq.   Bar #: 200424 |
| 2 | David C. Wakefield, Esq.   Bar #: 185736 |
| | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA  92103 |
| | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　Defendants. | Case No.:  07cv2129 BTM (AJB)<br><br>PROOF OF SERVICE VIA ECF<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

　　I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT** on all Defendants in this action:

Lisa A. Wegner, Esq.
Call Jensen & Ferrell
610 Newport Center Drive, #700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
E-mail Address: lwegner@calljensen.com
ATTORNEY FOR DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254

Richard R. Waite, Esq.
KEENEY WAITE & STEVENS
125 North Acacia Avenue, Suite 101
Solana Beach, California 92075
Telephone: (858) 523-2130
Facsimile: (858) 523-2135
E-mail Address: rwaite@keenlaw.com
ATTORNEY FOR DEFENDANT PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS

Bronwyn F. Pollock
Mayer Brown LLP
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
E-mail Address: Bpollock@mayerbrown.com
ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP

__X__ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the

1  addressee(s) by use of email as identified and maintained
2  therein.
3
4  AND/OR BY:
5  _____ placing   _____ the original   _____ a true copy
6  thereof enclosed in sealed enveloped addressed as stated above.
7
8  _____ **BY MAIL:** I am readily familiar with the firm's
9  practice of collection and processing correspondence for mailing.
10 Under that practice, it would be deposited with the U.S. Postal
11 Service on the same day with postage thereon fully prepaid,
12 mailed at San Diego, California, in the ordinary course of
13 business.  I am aware that on motion of the party served, service
14 is presumed invalid if postal cancellation date or postage meter
15 date is more than one day after date of deposit for mailing in
16 affidavit.
17
18 _____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646
19 to the facsimile numbers listed above on the mailing list.  The
20 facsimile machine I used complied with Rule 6 (e), and no error
21 was reported by the machine.
22
23 _____ **STATE:** I declare under penalty of perjury, under the
24 laws of the State of California, that the foregoing is true and
25 correct.
26
27
28

    __X__ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

    **EXECUTED** on March 11, 2008, at San Diego, California.

                                   _/s/ Angela Payne_____
                                        Angela Payne