UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br>[PROPOSED] ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANT MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual Plaintiffs, and Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 on the other hand, through their respective attorneys of record that ONLY Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE

CALLENDER'S #254 is dismissed with prejudice from Plaintiffs' Complaint, Case Number: 07cv2129 BTM (AJB). Additionally, dismissal of ONLY Defendant MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254 shall not affect the continuing litigation with the remaining Defendants.

**IT IS SO ORDERED.**

Dated: March 11, 2008

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE