1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **SOUTHERN DISTRICT OF CALIFORNIA**
7
8  OUTERBRIDGE ACCESS                          CASE NO. 07cv2129 BTM(AJB)
   ASSOCIATION, SUING ON BEHALF OF
9  DIANE CROSS; and DIANE CROSS, An           **ORDER DENYING AS MOOT**
   Individual,                                **MOTION TO DECLINE**
10                                            **SUPPLEMENTAL JURISDICTION**
                                    Plaintiff,
11      vs.
12 MARIE CALLENDER'S PIE SHOPS,
   INC. d.b.a. MARIE CALLENDER'S #
13 254; PACIFIC BAGELS, LLC d.b.a.
   BRUEGGARS BAGELS; COURTYARD
14 HOLDINGS, LP; PSS PARTNERS, LLC;
   AND DOES1 THROUGH 10, Inclusive,
15
                                  Defendants.
16
17       Defendant Marie Callender's Pie Shops, Inc. d.b.a. Marie Callender's # 254 ("Marie
18 Callender's") filed a Motion for Order Declining Supplemental Jurisdiction, which was
19 scheduled to be heard on March 28, 2008.  However, on March 12, 2008, Marie Callender's
20 was dismissed from this case with prejudice pursuant to a joint motion by the parties.
21 Therefore, Marie Callender's Motion for Order Declining Supplemental Jurisdiction is
22 **DENIED AS MOOT**.
23
24 **IT IS SO ORDERED.**
25 DATED:  March 19, 2008
26
27                                            Honorable Barry Ted Moskowitz
28                                            United States District Judge

1                                                                          07cv2129 BTM(AJB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cv2129 BTM(AJB)