MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 JNadolenco@mayerbrown.com
BRONWYN F. POLLOCK (SBN 210912)
 BPollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
COURTYARD HOLDINGS, LP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE NO. 07 CV 2129 BTM (AJB)<br><br>**JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE** |

1    Plaintiffs, Outerbridge Access Association, Suing on Behalf of Diane Cross, and Diane
2 Cross (jointly, "Plaintiffs"), and Defendant Courtyard Holdings, LP ("Defendant"), through their
3 counsel of record, jointly move the Court and stipulate as follows:
4    Whereas, Plaintiffs and Defendant have reached a settlement agreement which will
5 resolve the remaining claims in this action and are in the process of finalizing their written
6 settlement agreement; and
7    Whereas, Plaintiffs and Defendant intend to complete the written settlement agreement
8 and prepare a Joint Motion to Dismiss Defendant Courtyard Holdings, LP as soon as possible,
9 but they do not expect that the Joint Motion to Dismiss Defendant will be filed before the
10 Settlement Disposition Conference set for March 28, 2008.
11    THEREFORE, IT IS HEREBY STIPULATED that the Settlement Disposition
12 Conference currently set for March 28, 2008 shall be continued for approximately one month to
13 April 25, 2008 to allow the parties to complete their written settlement agreement and file the
14 Joint Motion to Dismiss Defendant Courtyard Holdings, LP.
15    **IT IS SO STIPULATED.**
16 Dated:    March 26, 2008         PINNOCK & WAKEFIELD, A.P.C.
                                    THEODORE A. PINNOCK
17                                  DAVID C. WAKEFIELD
                                    MICHELLE L. WAKEFIELD
18
19
                                    By: s/ Michelle L. Wakefield
20
                                    Attorneys for Plaintiffs OUTERBRIDGE ACCESS
21                                  ASSOCIATION, SUING ON BEHALF OF DIANE
                                    CROSS, AND DIANE CROSS
22                                  E-mail:
                                    MichelleWakefield@PinnockWakefieldLaw.com
23
24
25
26
27
28
                                    -1-
                     JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE;
                                                  CASE NO. 07 CV 2129 BTM (AJB)
28775992

| | | |
|---|---|---|
| 1 | Dated: March 26, 2008 | MAYER BROWN LLP<br>JOHN NADOLENCO |
| 2 | | BRONWYN F. POLLOCK |
| 4 | | By: s/ Bronwyn F. Pollock |
| 5 | | Bronwyn F. Pollock<br>Attorneys for Defendant COURTYARD HOLDINGS, LP |
| 6 | | E-mail: BPollock@mayerbrown.com |

-2-
JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE;
CASE NO. 07 CV 2129 BTM (AJB)

28775992

**PROOF OF SERVICE**

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On March 26, 2008, I served a copy of the within document(s):

**JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**

☒ by transmitting via electronic means the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-2-

1      I declare under penalty of perjury under the laws of the United States of
2  America that the above is true and correct.
3      Executed on March 26, 2008, at Los Angeles, California.

*[signature]*
Elena G. Griffin

## SERVICE LIST

Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
PINNOCK & WAKEFIELD, A.P.C.
3033 5th Ave., Suite 410
San Diego, CA 92103
 Tel.: (619) 858-3671
Fax: (619) 858-3646
Email: TheodorePinnock@PinnockWakefieldLaw.com
Email: DavidWakefield@PinnockWakefieldLaw.com
Email: MichelleWakefield@PinnockWakefieldLaw.com

Scott J. Ferrell, Esq.
Lisa A. Wegner, Esq.
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com

Richard R. Waite, Esq.
Mary M. Best, Esq.
KEENEY WAITE & STEVENS
A Professional Corporation
125 North Acacia Ave., Suite 101
Solana Beach, CA 92075
Tel.: (858) 523-2130
Fax: (858) 523-2135
rwaite@keenlaw.com
mbest@keenlaw.com