cal_____

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
11   OUTERBRIDGE ACCESS ASSOCIATION,    )    Civil No.07cv2129 BTM (AJB)
     SUING ON BEHALF OF DIANE CROSS,    )
     DIANE CROSS, an Individual,        )
12                                      )
                         Plaintiff,     )    **ORDER GRANTING JOINT**
13   v.                                 )    **MOTION TO CONTINUE**
                                        )    **SETTLEMENT DISPOSITION**
14   MARIE CALLENDER'S PIE SHOPS, INC., )    **CONFERENCE**
     dba MARIE CALLENDER'S #254, et al.,)
15                                      )
                         Defendants.    )
16   _____)

17        Good cause having been shown in the Joint Motion filed by the Plaintiffs, Outerbridge Access
18   Association, Suing on Behalf of Diane Cross, and Diane Cross (jointly, "Plaintiffs") and Defendant
19   Courtyard Holdings, LP, IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the
20   Settlement Disposition Conference currently set for March 28, 2008 shall be continued  to April 25,
21   2008 at 9:00 a.m. to allow the parties to complete their written settlement agreement and file the Joint
22   Motion to Dismiss Defendant Courtyard Holdings, LP. **There will be no further continuances.**
23        IT IS SO ORDERED.
24   DATED:  March 27, 2008
25
26                                          _____
27                                          Hon. Anthony J. Battaglia
28                                          U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court