**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; AND DOES 1 THROUGH 10, Inclusive,**<br><br>　　　　　**Defendants.** | **Case No.: 07cv2129 BTM (AJB)**<br><br>**JOINT MOTION AND MOTION TO DISMISS DEFENDANT COURTYARD HOLDINGS, LP WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

　　**THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and Defendant COURTYARD HOLDINGS, LP on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant COURTYARD

HOLDINGS, LP from Plaintiffs' Complaint, Case Number: 07cv2129 BTM (AJB).  Additionally, Plaintiffs request Plaintiffs' Civil Complaint be dismissed with prejudice in its entirety.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: April 23, 2008         **PINNOCK & WAKEFIELD, A.P.C.**

                              By:   s/ Michelle L. Wakefield
                                    Attorney for Plaintiffs
                                    E-mail: MichelleWakefield@
                                    PinnockWakefieldLaw.com

Dated: April 22, 2008         **MAYER BROWN LLP**
                              **John Nadolenco**
                              **Bronwyn F. Pollock**

                              By:   s/ Bronwyn F. Pollock
                                    Attorney for Defendant
                                    COURTYARD HOLDINGS, LP
                                    E-mail:
                                    Bpollock@mayerbrown.com