1 **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
2 David C. Wakefield, Esq.     Bar #: 185736
3033 Fifth Avenue, Suite 410
3 San Diego, CA  92103
Telephone: (619) 858-3671
4 Facsimile: (619) 858-3646

5 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>         **Plaintiffs,**<br><br>    v.<br><br>**MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>         **Defendants.** | Case No.:  07cv2129 BTM (AJB)<br><br>**PROOF OF SERVICE VIA FACSIMILE AND ECF**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

                         1    Case Number: 07cv2129 BTM (AJB)

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS DEFENDANT COURTYARD HOLDINGS, LP WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT; and PROPOSED ORDER** on Defendant COURTYARD HOLDINGS, LP in this action:

**Bronwyn F. Pollock**
**Mayer Brown LLP**
**350 S. Grand Ave., 25th Floor**
**Los Angeles, CA 90071**
**Telephone: (213) 229-9500**
**Facsimile: (213) 625-0248**
**E-mail Address: Bpollock@mayerbrown.com**
**ATTORNEY FOR DEFENDANT COURTYARD HOLDINGS, LP**

  _X_     **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Southern Division of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

AND/OR BY:

  _X_    **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

   _X_    **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

   **EXECUTED** on April 23, 2008, at San Diego, California.

                                             _____
                                             s/Theodore A. Pinnock