UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>MARIE CALLENDER'S PIE SHOPS, INC. d.b.a. MARIE CALLENDER'S #254; PACIFIC BAGELS, LLC d.b.a. BRUEGGARS BAGELS; COURTYARD HOLDINGS, LP; PSS PARTNERS, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>            Defendants. | Case No.: 07cv2129 BTM (AJB)<br><br>ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS DEFENDANT COURTYARD HOLDINGS, LP WITH PREJUDICE AND PLAINTIFFS' COMPLAINT WITH PREJUDICE IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs and Defendant COURTYARD HOLDINGS, LP through their respective attorneys of record that Defendant COURTYARD HOLDINGS, LP is DISMISSED WITH

PREJUDICE from Plaintiffs' Complaint, Case Number: 07cv2129 BTM (AJB). Additionally, Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE in its entirety.

**IT IS SO ORDERED.**

Dated: April 25, 2008

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE